UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

PRISCILLA PESQUEIRA,
Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

CASE
NUMBER:        **1:20-cv-00911-BAM**

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

✗ GRANTED.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
    copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
    All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this ___1___ day of ____July____ , __2020__ .

/s/ *Barbara A. McAuliffe*
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer