# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA PESQUEIRA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-00911-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>(Doc. 19) |

On January 12, 2022, the Court ordered Plaintiff Priscilla Pesqueira ("Plaintiff") to show cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's Scheduling Order and failure to prosecute this action.  The Court directed Plaintiff to file a written response no later than January 25, 2022.  Alternatively, the Court indicated that Plaintiff could comply with the show cause order by filing an opening brief. (Doc. 19.)

On January 25, 2022, Plaintiff filed an opening brief.  (Doc. 20.)  Accordingly, the order to show cause issued on January 12, 2022, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **January 26, 2022**          /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE

1